| | |
|---|---|
| 1 | Ben E. Dupré (SBN 231191) |
| | Brisa C. Ramirez (SBN 261480) |
| 2 | Dupré Law Firm, P.C. |
| | 2005 De La Cruz Blvd., Suite 203 |
| 3 | Santa Clara, CA 95050 |
| | Telephone Number: (408) 727-5377 |
| 4 | Facsimile Number: (408) 727-5310 |
| 5 | |
| | Attorney for Debtor(s) |
| 6 | ABRAHAM QUEZADA & JOVITA QUEZADA |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In Re: | Case No. 10-56857 ASW |
| | Chapter 13 |
| ABRAHAM QUEZADA & JOVITA QUEZADA | **NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO AVOID JUDICIAL LIEN IMPAIRING DEBTORS' EXEMPTIONS** |
| Debtor(s), | |

**TO ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Debtors have filed a Motion to Avoid Judicial Lien Impairing Debtors' Exemptions. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A):

1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

2) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

3) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

4) The initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

1

The addresses to file and serve the request for hearing are:

<u>Debtors' Attorney:</u>
Dupre Law Firm
2005 De La Cruz Blvd., Ste. 203
Santa Clara, CA 95050

<u>Court:</u>
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

<u>Chapter 13 Trustee:</u>
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Dated: 11/22/2010              /s/ Brisa C. Ramirez
                               Brisa C. Ramirez
                               Attorney for Debtor(s)