In re:  Chapter 13
 Case No. 10-56857 ASW

    Abraham Quezada &
    Jovita Quezada

## **AMENDED CERTIFICATE OF SERVICE**

Documents served:
**1)** MOTION TO AVOID JUDICIAL LIEN IMPAIRING DEBTORS' EXEMPTIONS;
**2)** MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN IMPAIRING DEBTORS' EXEMPTIONS;
**3)** DEBTORS' DECLARATION IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPTIONS; AND
**4)** NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO AVOID JUDICIAL LIEN IMPAIRING DEBTORS' EXEMPTION

    I certify that I am at least eighteen (18) years of age, I am employed by Ben E. Dupre of the Dupre Law Firm, P.C., 2005 De La Cruz Blvd., Suite 203, Santa Clara, CA 95050, and that on the date signed below, I deposited the above-listed documents in the U.S. Mail

____ [Creditor is not subject to FDIC regulation and there is no requirement for certified service of said creditor.]

**XXX** with fully paid **certified** first-class postage, addressed to:

                        Citibank (South Dakota) N.A.
                                Citigroup Inc.
                       Attn: Vikram S. Pandit, CEO
                                399 Park Avenue
                              New York, NY 10022
                              (7004(h) - Officer)

**XXX** with fully paid first-class postage, addressed to:

                        Citibank (South Dakota) N.A.
                          Michael S. Hunt, Esq.
                         Janalie Henriques, Esq.
                         151 Bernal Road, Ste. 8
                          San Jose, CA 95119

The Chapter 13 Trustee, Devin Derham-Burk, will receive electronic notice of the above documents.

I declare under penalty of perjury that the foregoing is true and correct under the law of the state of California.

Executed this 11th day of January 2011, in Santa Clara, California.

                                                                                 /s/Brisa C. Ramirez

1