

Ben E. Dupré (SBN 231191)
Brisa C. Ramírez (SBN 261480)
Dupré Law Firm, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, California 95050
Telephone: (408) 727-5377
Fax: (408) 727-5310

Attorney for Debtor(s)
ABRAHAM QUEZADA &
JOVITA QUEZADA

**IT IS SO ORDERED.
Signed February 24, 2011**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**ABRAHAM QUEZADA &**<br><br>**JOVITA QUEZADA**<br><br>      Debtor(s). | ) Case No.: 10-56857  ASW<br>) Chapter: 13<br>)<br>) ORDER AVOIDING JUDICIAL LIEN<br>) IMPAIRING DEBTORS' EXEMPTIONS<br>) (CITIBANK (SOUTH DAKOTA) N.A.)<br>)<br>) |

   After due consideration of the Debtors' Motion to Avoid Judicial Lien Impairing Debtors' Exemptions filed on November 22, 2010, and the documents and records filed in support, and after notice and opportunity to be heard having been provided to the judicial lien holder, the Court finds that it has jurisdiction over this matter, that no objections have been filed and served, that Debtors' Motion to Avoid Judicial Lien Impairing Debtors' Exemptions is in the best interest of the Debtors, and good cause appearing,

   IT IS HEREBY ORDERED that the following judicial lien is cancelled and avoided in full as provided by 11 U.S.C. §522(f)(1), against the Debtors' real property located at 1583 Berksford Way, San Jose, California 95127: The Abstract of Judgment recorded on January 20, 2010 by Citibank (South Dakota) N.A. in the principal amount of $3,233.78 with the Santa Clara County Recorder, as Document 20581455 of the Official Records.

        **\*\*\* END OF ORDER \*\*\***

COURT SERVICE LIST

Dupré Law Firm, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050


Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013
San Jose, CA 95150

Abraham & Jovita Quezada
1583 Berksford Way
San Jose, CA 95127


Citibank (South Dakota) N.A.
Citigroup Inc.
Attn: Vikram S. Pandit, CEO
399 Park Avenue
New York, NY 10022
(7004(h) - Officer)


Citibank (South Dakota) N.A.
Michael S. Hunt, Esq.
Janalie Henriques, Esq.
151 Bernal Road, Ste. 8
San Jose, CA 95119

Case: 10-56857    Doc# 30    Filed: 02/24/11    Entered: 02/24/11 11:54:47    Page 2 of 2